

**U.S. Department of Justice**

*United States Attorney*

> Application granted. The conference scheduled for May 27, 2021 at 11:00 a.m. is adjourned *sine die*.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 68.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>          May 20, 2021

<u>BY ECF</u>

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      Re:   *Pratt v. DeJoy*[1]
             No. 18 Civ. 4799 (PMH)

Dear Judge Halpern:

      This Office represents Defendant in this matter and writes with respect to a status conference currently scheduled for May 27, 2021. *See* Dkt. No. 57 at 3. The parties write to respectfully seek an adjournment of this conference.

      On February 18, 2021, the Court adopted the parties proposed schedule with respect to this case moving forward. Specifically, that after the close of fact discovery on March 24, 2021, the parties would engage in the pre-motion conference requirements with respect to Defendant's anticipated motion for summary judgment. That schedule set forth the following deadlines: (1) Defendant to serve his 56.1 statement on Plaintiff by April 23, 2021; (2) Plaintiff to serve her opposition to Defendant's 56.1 statement by May 24, 2021; (3) Defendant to file his pre-motion letter by June 1, 2021; and (4) Plaintiff to file her pre-motion letter by June 8, 2021. The Court extended this schedule by two weeks on April 15, 2021. *See* Dkt. No. 63. Accordingly, the parties' pre-motion letters are scheduled to be fully submitted on June 22, 2021.

      Given this May 27, 2021, status conference was scheduled prior to the Court adopting the parties' February proposal with respect to proceeding to summary judgment briefing, the parties submit that the conference should be adjourned and replaced by the pre-motion conference that will occur after the submission of pre-motion letters.

---

[1] Megan Brennan, who was named as defendant in her capacity as Postmaster General, is no longer serving in that office. Louis DeJoy, the current Postmaster General, was automatically substituted as defendant pursuant to Federal Rule of Civil Procedure 25(d).

I thank the Court for its attention to this matter.

                        Sincerely,

                        AUDREY STRAUSS
                        United States Attorney for the
                        Southern District of New York

By:   /s/ Alexander J. Hogan
       ALEXANDER J. HOGAN
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.: (212) 637-2799
       E-mail: alexander.hogan@usdoj.gov